UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JORDAN TUCKER,

Plaintiff,

v.

AARON MEDINA, *et al.*,

Defendants.

Case No. 1:26-cv-04885-CDB (PC)

**ORDER GRANTING PLAINTIFF'S CONSTRUED MOTION FOR STATUS**

(Doc. 10)

Plaintiff Jordan Tucker ("Plaintiff") is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action filed under 42 U.S.C. § 1983.

## I. INTRODUCTION

On June 17, 2026, Plaintiff filed a complaint and an application to proceed *in forma pauperis* (IFP) in the Sacramento division of this Court. (Docs. 1 & 2). The action was transferred to the Fresno division as the proper forum (Doc. 4) and, on June 25, 2026, the Clerk of the Court directed the California Department of Corrections and Rehabilitation to submit a certified prison trust account statement for Plaintiff. (Doc. 6). A prisoner trust fund account statement was submitted to the Court on June 26, 2026. (Doc. 7). On June 30, this Court granted Plaintiff's request to proceed *informa pauperis*. (Doc. 8).

On November 19, 2026, Plaintiff filed a document titled "Notice to Court" where he states that he has not heard anything nor received any answer back since his case transferred to the

Fresno Division. (Doc. 10).

As of the date of this order, the undersigned presides over more than 400 civil cases in various states of litigation and this Court continues to experience a judicial resource emergency.[1] All judges in this district carry extremely heavy caseloads. While the Court understands any frustration experienced by Plaintiff concerning the pace of this litigation, delays are inevitable. Plaintiff's pending complaint will be screened in due course and, despite likely continued delays, the undersigned is optimistic that the screening will be conducted in the reasonably foreseeable future. Despite heavy caseloads, the undersigned carefully monitors all assigned cases and will issue appropriate orders in due course. Although understandable, party requests for status updates necessarily require the Court to attend to them and further inquiries by Plaintiff about the status will have the inevitable effect of further delaying the action.

## II. CONCLUSION AND ORDER

Accordingly, for the reasons stated above, the Court **HEREBY ORDERS** that Plaintiff's construed motion for status (Doc. 10) is **GRANTED** as stated above.

IT IS SO ORDERED.

Dated: **November 24, 2026**

UNITED STATES MAGISTRATE JUDGE

[1] *See* https://www.caed.uscourts.gov/caednew/index.cfm/news/judicial-emergency/.